IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Glenn Ford,              )<br>                          )<br>        Petitioner,  )<br>                          )<br>vs.                       )<br>                          )<br>Warden of FCI-Edgefield,  )<br>                          )<br>        Respondent.  )<br>                          ) | C/A No.: 1:16-1534-RMG-SVH<br><br><br><br>ORDER |

Petitioner, proceeding pro se, brought this action requesting a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Respondent filed a motion to dismiss, or in the alternative, for summary judgment on July 5, 2016. [ECF No. 10]. As Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion and of the need for him to file an adequate response by August 8, 2016. [ECF No. 11]. Petitioner was specifically advised that if he failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned orders Petitioner to advise the court as to whether he wishes to continue with this case and to file a response to Respondent's motion to dismiss, or in the alternative, for summary judgment by August 25, 2016. Petitioner is further advised

that if he fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

August 11, 2016                              Shiva V. Hodges
Columbia, South Carolina               United States Magistrate Judge