IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Glenn Ford, #04010-000, ) | Case No 1:16-cv-1534-RMG |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER AND OPINION** |
| ) | |
| Warden, FCI Edgefield, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Glenn Ford ("Petitioner"), proceeding *pro se*, filed this action on May 12, 2016. (Dkt. No. 1.) Petitioner seeks habeas relief under 28 U.S.C. § 2241, challenging the 2001 decision of the United States Parole Commission ("USPC") to rescind his parole. This matter is before the Court on the Report and Recommendation ("R. & R.") of the Magistrate Judge to grant Respondent's motion for summary judgment and deny the habeas petition. (Dkt. No. 24.)

No objections to the R. & R. have been filed. While this Court will conduct a *de novo* review of any portion of the R. & R. to which a specific objection is made, it appears Congress did not intend for the district court to review the factual and legal conclusions of the Magistrate absent objection by any party. 28 U.S.C. § 636(b)(1); *Thomas v. Arn,* 474 U.S. 140 (1985).

This Court's review of the record indicates that the R. & R. accurately analyzes the facts of this case and the applicable law. Accordingly, this Court adopts the Magistrate's R. & R. as the Order of this Court. Respondent's motion for summary judgment is **GRANTED** and the habeas petition is **DENIED and DISMISSED WITH PREJUDICE.**

-2-

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

February 27, 2017
Charleston, South Carolina

-2-